

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Gerardo Luna,

Vs. No. 11-21-00064-CV

Endeavor Energy Resources, L.P.,

\* From the 142nd District Court
of Midland County,
Trial Court No. CV-51,513.

\* March 23, 2023

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Endeavor Energy Resources, L.P.